# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 12, 2019

## NO. 03-17-00723-CV

**R. Thomas Franklin, former Executor of the Estate of O. C. Haley, Deceased; Grady L. Roberts, Jr.; and Edward L. Piña, Appellants**

**v.**

**Johanna Haley, Applicant and Executrix of the Estate of O. C. Haley, Deceased; Eccles & McIntosh, P.C., Attorneys for Independent Executrix, Johanna Haley; Texas State University; Texas State University Alumni Association; and Texas State University Foundation, Appellees**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**DISMISSED ON APPELLANTS' MOTION—OPINION BY JUSTICE TRIANA**

This is an appeal from the orders signed by the trial court on August 3, 2017 and August 28, 2017. R. Thomas Franklin, former Executor of the Estate of O.C. Haley, Deceased; Grady L. Roberts, Jr.; and Edward L. Pina have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.